**THOMPSON COBURN LLP**
**LUKAS SOSNICKI (SBN 295895)**
**lsosnicki@thompsoncoburn.com**
**JOSEPH SCOTT (SBN 330423)**
**jscott@thompsoncoburn.com**
**10100 Santa Monica Blvd., Ste 500**
**Los Angeles, CA 90067**
**Tel: (310) 282-2500 / Fax: (310) 282-2501**

Attorneys for Plaintiff
MONTAGE INTERNATIONAL IMPORTING, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION**

MONTAGE INTERNATIONAL IMPORTING, INC.,

Plaintiff,

v.

MONTAGE HOTELS & RESORTS, LLC, and JONATHAN SIMKHAI, INC.,

Defendants.

**Case No.: 2:25-cv-6577**

**COMPLAINT FOR:**

1. **TRADEMARK INFRINGEMENT (15 U.S.C. § 1114);**
2. **TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION (15 U.S.C. § 1125);**
3. **COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION;**
4. **VIOLATION OF CAL. BUS. AND PROF. CODE § 17200, ET SEQ.**
5. **CANCELLATION OF U.S. REGISTRATION NO. 6660478; AND**
6. **BREACH OF CONTRACT**

**DEMAND FOR JURY TRIAL**

Plaintiff Montage International Importing, Inc. ("Plaintiff" or "Montage") hereby brings this action for trademark infringement, unfair competition, and breach of contract against Defendants Montage Hotels & Resorts, LLC ("MHR") and Jonathan Simkhai, Inc. ("Simkhai"), and alleges as follows:

**PARTIES**

1. Montage is a California corporation with a principal place of business of 110 East 9th Street #C885, Los Angeles, California 90079.

2. On information and belief, MHR is a Nevada limited liability company with a principal place of business of 3 Ada Parkway, Suite 100, Irvine, California 92618.

3. On information and belief, Simkhai is a New York corporation with a principal place of business of 653 North La Cienega Blvd., West Hollywood, California 90069.

**JURISDICTION AND VENUE**

4. Subject matter jurisdiction exists pursuant to 28 U.S.C. §§ 1331, 1338(a), (b) and 15 U.S.C. § 1121(a). Supplemental jurisdiction exists over Montage's state law claims under 28 U.S.C. § 1367(a) because the state law claims are so related to the claims over which this Court has original jurisdiction that they form part of the same case or controversy.

5. This Court has personal jurisdiction over MHR because it is headquartered and conducts business in this judicial district.

6. This Court has personal jurisdiction over Simkhai because it is headquartered and conducts business in this judicial district.

7. Venue is proper in the Central District of California pursuant to 28

U.S.C. § 1391. On information and belief, both Defendants reside and conduct business in this judicial district and are subject to personal jurisdiction here. Further, a substantial part of the events giving rise to Montage's claims occurred within this judicial district.

**FACTS COMMON TO ALL COUNTS**

**A. Montage's Trademark**

8. Montage is a manufacturer and seller of clothing and apparel of various types. Since 1992, Montage has continuously provided its clothing and apparel in U.S. commerce under the mark MONTAGE ("MONTAGE Mark").

9. As a result of Montage's use, sales and promotion of clothing and apparel bearing the MONTAGE Mark throughout the United State for over thirty years, and the resulting commercial success and consumer recognition in the marketplace, Montage has developed substantial goodwill and common law rights throughout the United States in the MONTAGE Mark. Montage's MONTAGE Mark identifies and distinguishes its goods from the goods/services of others, and identifies the source and origin of Montage's goods to the trade and public.

10. In addition to its common law rights in the MONTAGE Mark, Montage owns U.S. Registration No. 2669014 for the standard character mark MONTAGE for "men's and women's clothing, namely, shirts, t-shirts, jerseys, sweatshirts, sweaters, coats, raincoats, jackets, jeans, overalls, pants, shorts, pullovers, socks, pajamas, and robes." This federal registration is valid and subsisting, and it is incontestable pursuant to 15 U.S.C. § 1065. A copy of the registration certificate is attached as Exhibit B.

**B. Defendants' Infringement and Breach of Contract**

**i. 2003/2004 Dispute**

11. In or around 2003, Montage learned that MHR was trading off of

Montage's goodwill in bad faith by selling clothing with the identical mark MONTAGE. Montage subsequently sent MHR a letter demanding that MHR cease its infringement of Montage's senior trademark rights.

12. MHR refused to cease its infringement of Montage's trademark rights. To protect its rights and to further protect consumers from confusion in the marketplace, in early 2004 Montage filed a lawsuit against MHR for trademark infringement and related claims in the Central District of California. *Montage v. MHR, et al.,* Case No. 8:04-cv-00037 (C.D. Cal. S.D.).

**ii.**

13.

14.

15.

16.

17.



**REDACTED**

[redacted]

23. [redacted] *See* U.S. Registration No. 6660478, attached as Exhibit C.

24. [redacted] *See* U.S. Ser. No. 98/896,429, attached as Exhibit D (emphasis added). [redacted]

25. On June 4, 2025, Montage sent a letter to MHR [redacted] demanding that MHR immediately cease selling clothing and apparel bearing the mark MONTAGE. *See* Exhibit E.

26. MHR responded on June 13, 2025 and refused to remedy [redacted] its infringement of the MONTAGE Mark.

27. [redacted]

28. On information and belief, MHR is continuing to sell clothing and apparel bearing MONTAGE, as shown by the following examples:

///

https://shopmontage.com/collections/apparel
SHOP MONTAGE
MATTRESSES BEDDING BATH + BODY LIFESTYLE & GIFTS PACIFIC DREAM GIFT CARDS
SALE
Indigo Dodge Polo
$120.00
White Burnside 1/4 Zip Pullover
$116.00 $155.00 Save $39
White 1/4 Zip Optic Pullover
$116.00 $155.00 Save $39
Black Swing Jacket
from $110.00 $145.00 Save $35

https://shopmontage.com/collections/apparel
SHOP MONTAGE
MATTRESSES BEDDING BATH + BODY LIFESTYLE & GIFTS PACIFIC DREAM GIFT CARDS
SALE
Navy Swing Jacket
from $110.00 $145.00 Save $35
Black Dodge Polo
$120.00
White Dodge Polo
$120.00
Black Burnside 1/4 Zip Pullover
$116.00 $155.00 Save $39

Montage Palmetto Bluff Robe
https://shopmontage.com/collections/apparel/products/montage-palmetto-bluff-robe-by-montage-hotels-resorts-robe-mon-pb-xs
SHOP MONTAGE
MATTRESSES BEDDING BATH + BODY LIFESTYLE & GIFTS PACIFIC DREAM GIFT CARDS
Montage Palmetto Bluff Robe
Price
$155.00
Size
XS S M L XL
Quantity
Add to cart
From authentic, majestic mountain getaways to island inspired wellness, channel th
ambiance of Spa Montage at home with our signature Micro Plush Logo Robe. Crea
peaceful state of mind, body, and heart wrapped in a cocoon of lightweight fine twil
microfiber lined in plush minx. Beautifully fitted with classic shawl collar, double-ne
stitching, satin piping, signature pleated pockets, and heritage Montage logo detaili
cultivate the art of life in comfortable elegance with our signature bathrobe. Provid
stay in resort rooms and Spa Montage, bring the restful rejuvenation of suite style
Montage
PALMETTO BLUFF

Montage Signature Logo Visor
https://shopmontage.com/collections/apparel/products/montage-signature-logo-visor
SHOP MONTAGE
MATTRESSES BEDDING BATH + BODY LIFESTYLE & GIFTS PACIFIC DREAM GIFT CARDS
Montage Signature Logo Visor
Price
$35.00
Color
White Black Khaki Navy
Quantity
Add to cart
Our signature Montage logo visor is available in four colors.
Available Colors: White, Black, Khaki, Navy
If showing Quick Ship, item ships within 1 to 2 business days (limited quanti
apply).
Montage

29. On information and belief, Simkhai is manufacturing apparel for MHR bearing the infringing MONTAGE mark, and thus labeling, printing and distributing apparel bearing the infringing MONTAGE mark.

**FIRST CAUSE OF ACTION**

**(Trademark Infringement Under 15 U.S.C. § 1114)**

30. Montage incorporates by reference the above allegations.

31. Montage brings this claim against both Defendants.

32. Montage is the senior user of the mark MONTAGE and has continuously used the MONTAGE mark in U.S. commerce since at least 1992, which on information and belief, is long prior to any use of MONTAGE by Defendants.

33. Montage owns U.S. Registration No. 2669014 for the mark MONTAGE for "men's and women's clothing, namely, shirts, t-shirts, jerseys, sweatshirts, sweaters, coats, raincoats, jackets, jeans, overalls, pants, shorts, pullovers, socks, pajamas, and robes."

34. Defendants' use of MONTAGE in commerce, which is a reproduction, counterfeit, copy or colorable imitation of Montage's registered MONTAGE mark, in connection with the sale, offering for sale, distribution and advertising of clothing and apparel, without the consent of Montage, is likely to cause confusion, or to cause mistake, or to deceive in violation of 15 U.S.C. § 1114(1).

35. On information and belief, Defendants' trademark infringement was and is intentional and willful.

36. Defendants' use of MONTAGE has caused and continues to cause damage and irreparable harm to Montage, for which Montage has no adequate remedy at law.

**SECOND CAUSE OF ACTION**

**(Trademark Infringement and Unfair Competition under 15 U.S.C. § 1125)**

37. Montage incorporates by reference the above allegations.

38. Montage brings this claim against both Defendants.

39. MONTAGE is a source identifier for Montage.

40. Defendants' use of MONTAGE in commerce in connection with clothing and apparel is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Montage, or as to the origin, sponsorship, or approval of Defendants' goods or commercial activities by Montage, in violation of 15 U.S.C. § 1125(a)(1).

41. On information and belief, Defendants' unlawful conduct was and is intentional and willful.

42. Defendants' use of MONTAGE has caused and continues to cause damage and irreparable harm to Montage, for which Montage has no adequate remedy at law.

**THIRD CAUSE OF ACTION**

**(Common Law Trademark Infringement And Unfair Competition)**

43. Montage incorporates by reference the above allegations.

44. Montage brings this claim against both Defendants.

45. MONTAGE is a source identifier for Montage.

46. Defendants' acts complained of herein constitute common law trademark infringement and unfair competition in violation of the laws of the State of California and other states.

47. On information and belief, Defendants' trademark infringement and unfair competition was and is intentional and willful.

48. Defendants' conduct has caused and will continue to cause damage and irreparable harm to Montage, for which Montage has no adequate remedy at law.

**FOURTH CAUSE OF ACTION**

**(Violation of California Business and Professions Code § 17200 *et seq.*)**

49. Montage incorporates by reference the above allegations.

50. Montage brings this claim against both Defendants.

51. Defendants' acts complained of herein constitute unlawful, unfair or fraudulent business acts or practices within the meaning of the California Business and Professions Code § 17200 *et seq*.

52. On information and belief, Defendants' unlawful activities were and are intentional and willful.

53. Defendants' conduct has caused and will continue to cause damage and irreparable harm to Montage, for which Montage has no adequate remedy at law.

**FIFTH CAUSE OF ACTION**

**(Cancellation Of U.S. Registration No. 6660478)**

54. Montage incorporates by reference the above allegations.

55. Montage brings this claim against MHR only.

56. MHR's registered mark APRÈS MONTAGE so resembles Montage's previously used and registered mark MONTAGE as to be likely to cause confusion or to cause mistake or to deceive, thus causing damage to Montage. Accordingly, pursuant to 15 U.S.C. § 1052(d) and 15 U.S.C. § 1119, this Court should cancel U.S. Registration No. 6660478.

**SIXTH CAUSE OF ACTION**

**(Breach Of Contract)**

57. Montage incorporates by reference the above allegations.

58. [redacted]

59. [redacted]

60. [redacted]

61. [redacted]

[redacted]

62. [redacted]

## PRAYER FOR RELIEF

WHEREFORE, Montage prays for judgment against Defendants as follows:

1. Awarding damages to adequately compensate Montage for Defendants' trademark infringement and unfair competition.

2. Permanently enjoining Defendants, their officers, agents, servants, employees, attorneys and all persons in active concert or participation with Defendants, from doing, aiding, causing or abetting all acts of trademark infringement and unfair competition pursuant to 15 U.S.C. § 1116, Fed. R. Civ. P. 65 and other applicable law.

3. Directing Defendants to deliver up for destruction all goods, advertising, business cards, literature, and other forms of promotional literature or things bearing or showing the infringing MONTAGE mark pursuant to 15 U.S.C. § 1118.

4. Awarding Defendants' profits, any damages sustained by Plaintiff, and the costs of the action pursuant to 15 U.S.C. § 1117(a).

5. Awarding Plaintiff a sum above the amount found as actual damages, not exceeding three times such amount pursuant to 15 U.S.C. § 1117(a).

6. Awarding Plaintiff a sum the Court finds is just in the event it finds that the amount of recovery based on profits is inadequate pursuant to 15 U.S.C. § 1117(a).

7. A finding that this is an exceptional case justifying the award of reasonable attorney fees to Plaintiff pursuant to 15 U.S.C. § 1117(a).

8. Awarding Plaintiff treble damages and reasonable attorney's fees for use of a counterfeit mark pursuant to 15 U.S.C. § 1117(b).

9. Awarding Plaintiff statutory damages for use of a counterfeit mark

1 pursuant to 15 U.S.C. § 1117(c).

2     10.    Cancelling MHR's U.S. Registration No. 6660478 pursuant to 15 U.S.C.
3 § 1119.

4     11.    Cancelling MHR's U.S. Serial No. 98/896,429 pursuant to 15 U.S.C. §
5 1119.

6     12.    ██████████████████████████████████████
7 ████████████████████████████████████████████████

8     13.    ██████████████████████████████████████
9 ████████████████████████████████████████████████

10     14.    ██████████████████████████████████████
11 ████████████████████████████████████████████████
12 ████████████████████████████████████████████████
13 ████████████████████████████████████████████████

14     15.    ██████████████████████████████████████
15 ████████████████████████████████████████████████

16     16.    Awarding punitive damages.

17     17.    Awarding pre-judgment and post-judgment interest.

18     18.    Requiring Defendants to report to this Court of their compliance with the
19 foregoing within thirty days of judgment.

20     19.    Awarding Plaintiff such other and further relief as this Court deems just
21 and proper.

## JURY TRIAL DEMANDED

In accordance with Fed. R. Civ. P. 38, Plaintiff hereby demands a jury on all issues so triable.

///

///

///

DATED: July 18, 2025

Respectfully submitted,
**THOMPSON COBURN LLP**

By: [signature]

**LUKAS SOSNICKI**
**JOSEPH SCOTT**
Attorneys for Plaintiff
MONTAGE INTERNATIONAL IMPORTING, INC.